THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PATRICK O'RAFFERTY and BRUNO MAKARA, Appellants.

Submitted December 6, 1943; decided January 6, 1944.

*Frank S. Hogan, District Attorney (Alan J. Elliot* of counsel), for motion.

*Patrick O'Rafferty,* in person, opposed.

Motion granted and appeals dismissed on the ground that none of the orders is appealable to this court.